UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| America's Collectibles Network, Inc. | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No.: 3:13-CV-334-PLR-HBG |
| | ) | |
| The Jewelry Channel, Inc. USA | ) | |
| d/b/a Liquidation Channel, | ) | |
| | ) | |
| *Defendant*. | ) | |

## Memorandum Opinion and Order

In this patent infringement case, the defendant moved on October 22, 2013 to dismiss the plaintiff's complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), or, in the alternative, for a more definite statement under Federal Rule of Civil Procedure 12(e). [R. 10]. The defendant argues that the allegations in the complaint are insufficient to support a claim for direct patent infringement, induced infringement, contributory infringement, or willful infringement.

On November 12, 2013, the plaintiff filed an amended complaint under Federal Rule of Civil Procedure 15(a)(1)(B). [R. 18]. The amended complaint removes the allegations of induced infringement and contributory infringement, and provides more specific detail with respect to the direct infringement and willful infringement claims. Accordingly, the defendant's motion to dismiss or for a more definite statement is **DENIED** as moot.

**It is so ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**