**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| AMERICA'S COLLECTIBLES NETWORK, INC., | |
| *Plaintiff and Counterclaim Defendant*, | Case No. 3:13-cv-334 |
| v. | Judge Pamela L. Reeves |
| THE JEWELRY CHANNEL, INC. USA d/b/a Liquidation Channel, | |
| *Defendant and Counterclaim Plaintiff.* | |

**ORDER GRANTING STAY PENDING THE
COVERED BUSINESS METHOD REVIEW OF U.S. PATENT NO. 8,370,211**

The Court, having considered (i) the motion of Defendant and Counterclaim Plaintiff The Jewelry Channel, Inc. USA d/b/a Liquidation Channel ("Defendant") to stay the present case [D.E. 32, 33 and 46], and (ii) Plaintiff and Counterclaim Defendant America's Collectibles Network, Inc.'s consent to the entry of the stay,

IT IS HEREBY ORDERED this 31st day of October, 2014, that Defendant's motion to stay the present case pending the outcome of Covered Business Method Review of U.S. Patent No. 8,370,211 is GRANTED. This case shall be stayed for all purposes.

_____
THE HONORABLE PAMELA L. REEVES
UNITED STATES DISTRICT JUDGE