UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| America's Collectibles Network, Inc. ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | No.: 3:13-CV-334-PLR-HBG |
| ) | |
| The Jewelry Channel, Inc. USA ) | |
| d/b/a Liquidation Channel, ) | |
| ) | |
| *Defendant*. ) | |

## MEMORANDUM OPINION AND ORDER

Presently before the Court is the plaintiff's motion to enlarge the stay in this action. [R. 48]. The case is presently stayed pending resolution of the Patent Trial and Appeal Board's Covered Business Method Review of U.S. Patent No. 8,370,211. The plaintiff now requests the stay be modified to remain in place pending resolution of a dispute regarding ownership of the patent at issue in a separate case—*America's Collectibles Network, Inc. v. The Genuine Gemstone Comopany Ltd.*, No.: 3:13-CV-334-PLR-HBG (E.D. Tenn.) (the "GG Litigation"). The defendant does not oppose the plaintiff's request.

Accordingly, for good cause shown, the plaintiff's motion to enlarge the stay of this action pending final resolution of the ownership claims to U.S. Patent No. 8,370,211 in the GG Litigation [R. 48] is **GRANTED**. This case shall be stayed for all purposes.

**It is so ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**