UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

America's Collectibles Network, Inc. )
 )
   *Plaintiff*, )
 )
v. )  No.:  3:13-CV-334-PLR-HBG
 )
The Jewelry Channel, Inc. USA )
d/b/a Liquidation Channel, )
 )
   *Defendant*. )

## Memorandum Opinion

This matter comes before the Court on the defendant's motion to dismiss for lack of subject-matter jurisdiction.  [R. 50].  In a related case, America's Collectibles Network ("ANC") asserted patent infringement claims against the Genuine Gemstone Company based on U.S. Patent No. 8,370,211 (the "211 Patent").  [*America's Collectibles Network, Inc. v. The Genuine Gemstone Co., Ltd.*, Case No. 3:13-cv-335-PLR-HBG].  In that case, this Court dismissed ACN's complaint for lack of standing, finding that ACN failed to establish its ownership of the 211 Patent.  [Genuine Gemstone Case, R. 109].

In this case, ACN's complaint is also premised on its ownership of the 211 Patent. Accordingly, the defendant moves to dismiss this case in its entirety for lack of subject-matter jurisdiction.  In response, ACN agreed to dismiss its case, without prejudice, with right to re-file should ACN's ownership to the 211 Patent "be determined in its favor."  [R. 51].

Accordingly, the defendant's motion to dismiss [R. 50] is **Granted**.  ACN's first amended complaint [R. 18] is **Dismissed without prejudice.**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**